**FILED**
FEB 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ MB _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 0506-LAB |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ALEJANDRO RAMON CENDEJAS-ZAVALA, | |
| Defendant. | |

The United States Attorney charges:

On or about January 22, 2008, within the Southern District of California, defendant ALEJANDRO RAMON CENDEJAS-ZAVALA, did knowingly and intentionally import approximately 25.58 kilograms (56.27 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:jam:Imperial
2/21/08