1  KAREN P. HEWITT
   United States Attorney
2  LARA A. STINGLEY
   Assistant United States Attorney
3  California State Bar No. PENDING
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-6244 (Telephone)/619 557-5551 (Fax)
   Email: lara.stingley@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR0506LAB
11                                   )
                  Plaintiff,         )
12                                   )    NOTICE OF APPEARANCE
             v.                      )
13                                   )
    ALEJANDRO RAMON                  )
14        CENDEJAS-ZAVALA,           )
                                     )
15                                   )
                  Defendant.         )
16  _____)

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

20  There are no other government attorneys (who are admitted to practice in this court or authorized to

21  practice under CivLR 83.3.c.3-4) associated with this case who should be listed as lead counsel for

22  CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

23        Effective this date, the following attorneys are no longer associated with this case and should

24  not receive any further Notices of Electronic Filings relating to activity in this case:

25        U.S Attorney CR

26        Please feel free to call me if you have any questions about this notice.

27        DATED:  April 21, 2008.

28                                          KAREN P. HEWITT
                                            United States Attorney

                                            /s/Lara A. Stingley
                                            LARA A. STINGLEY
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEJANDRO RAMON<br>   CENDEJAS-ZAVALA,<br><br>    Defendant. | Criminal Case No. 08CR0506LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

  I, Lara A. Stingley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

  I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated April 21, 2008, and this Certificate of Service, dated April 21, 2008, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

    Timothy Scott, Attorney for Defendant Alejandro Ramon Cendejas-Zavala.

  I declare under penalty of perjury that the foregoing is true and correct.

  EXECUTED on April 21, 2008.

                /s/Lara A. Stingley
                LARA A. STINGLEY
                Assistant United States Attorney

Certificate of Service
United States v. Alejandro Ramon Cendejas-Zavala  08CR0506LAB