# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08cr506-LAB
)
vs )  ABSTRACT OF ORDER
)
Alejandro Ramon ) Booking No. 05887298
Cendejas-Zavala )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/9/08
the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Prob 5 years

LARRY A. BURNS
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE
OR

Received _____ [signature] DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by [signature]
Deputy Clerk
T. WASHAM

Crim-9  (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY